

WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Carmen.Flores@EEOC.gov
Tel: (206) 220-6853
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF EEOC

**ORIGINAL**

FILED '08 FEB 21 9:42 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. **CV '08-0208 HA**<br><br>**COMPLAINT AND JURY TRIAL DEMAND** |

///

COMPLAINT AND JURY TRIAL DEMAND
Page 1 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Tracey Waxenfelter and a class of similarly situated individuals. The Equal Employment Opportunity Commission alleges that defendant Fred Meyer Stores, Inc. (hereinafter, "Fred Meyer" or "Defendant") subjected the Charging Party and similarly situated female employees to a sexually hostile work environment because of their sex (female) and then retaliated against Ms. Waxenfelter when she complained of sexual harassment. Plaintiff seeks monetary relief, including nonpecuniary compensatory and punitive damages, and injunctive relief, on behalf of the Ms. Waxenfelter and a class of similarly situated employees.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

//

//

**COMPLAINT AND JURY TRIAL DEMAND**
Page 2 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Fred Meyer has been a corporation continuously doing business in the State of Oregon and has continuously had at least 15 employees.

5. At all relevant times, defendant Fred Meyer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Tracey Waxenfelter filed a charge with the Commission alleging violations of Title VII by Fred Meyer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least October 2004 until January 2006, defendant engaged in unlawful employment practices in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendant engaged in these unlawful practices by subjecting Charging Party Waxenfelter and a class of similarly situated employees to harassment because of their sex, female. Further, defendant retaliated against Ms. Waxenfelter when she complained of sexual

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 3 of 6**

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

harassment by subjecting her to increased levels of harassment and affecting the terms and conditions of her employment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Waxenfelter and those similarly situated of equal employment opportunities and otherwise adversely affected their status as employees.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Charging Party and those similarly situated.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any retaliatory employment practices.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

**COMPLAINT AND JURY TRIAL DEMAND**
Page 4 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

C. Order defendant to make whole Ms. Waxenfelter and those similarly situated by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D. Order defendant to make whole Ms. Waxenfelter and those similarly situated by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E. Order defendant to pay Ms. Waxenfelter and those similarly situated punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

//
//
//
//
//

COMPLAINT AND JURY TRIAL DEMAND
Page 5 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 20th day of February, 2008.

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | RONALD S. COOPER<br>General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY: _/s/_

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff EEOC

**COMPLAINT AND JURY TRIAL DEMAND**
Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882